ROSINA J. BERNARD, as Executrix of EDGAR G. BERNARD, Deceased, Respondent, *v.* THE COMMERCIAL TRAVELERS' MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

*Bernard* v. *Commercial Travelers' Mut. Accident Assn.*, 176 App. Div. 923, affirmed.

(Argued March 27, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 29, 1916, affirming a judgment in favor of plaintiff entered upon a verdict in an action upon a certificate of accident insurance. The complaint alleged that the insured died from hemorrhage of the brain produced by a fall. The amended answer alleged as a separate defense that the certificate of membership provided that the benefits thereof should not apply to any bodily injury happening directly or indirectly in consequence of disease or in any case except where the injury was the sole and approximate cause of death. It further alleged that the death of Bernard was caused wholly or in part by bodily infirmities or disease, and denied that such death was effected solely through external violent and accidental means.

*Thomas H. Guy* for appellant. *Thomas F. Powers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Hiscock, Ch. J., Collin, Cuddeback, Cardozo, Pound, Crane and Andrews, JJ.